JS-6

The Law Offices of JUDITH S. LELAND
A Professional Law Corporation
8345 E. Firestone Blvd., Suite 300
Downey, California  90241
(562) 904-6955
(562) 904-6965 [fax]
JUDITH S. LELAND  (State Bar No: 63747)
JOAN C. HALL (State Bar No: 76660)
E-mail:  tracey@disabilitylawfirm.com

Attorney for Plaintiff


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION


| ROY CASTILLO, | ) | CASE NO.  CV 15-04679 SP |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING WITHOUT |
| vs. | ) | PREJUDICE |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |


        Based upon the parties' Stipulation for Dismissal of this case without prejudice,

IT IS ORDERED that this case is dismissed without prejudice.


Dated: January 4, 2016

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE